U.S. Patent No. 9,109,775
*Burt et al.*
Accent Lighting System for Decks, Patios and Indoor/Outdoor Spaces

| U.S. Patent No. 9,109,775 | Barrette/RDI LED Lighted Post Cap |
|---|---|
| 1. A lighting apparatus, comprising: | Barrette OUTDOOR LIVING® / rdi. <br><br> LED Lighted Post Cap (2" or 3") |

U.S. Patent No. 9,109,775
*Burt et al.*
Accent Lighting System for Decks, Patios and Indoor/Outdoor Spaces

| U.S. Patent No. 9,109,775 | Barrette/RDI LED Lighted Post Cap |
|---|---|
| a base plate member including a floor and peripheral side walls, wherein the floor includes a central opening and at least one rectangular peripheral opening adjacent a peripheral side wall, said floor further configured to be mounted to a top surface of a post member; | *Photograph of post cap interior with labels: Base plate member, Peripheral side walls, Central opening, Floor, Peripheral side walls* |

U.S. Patent No. 9,109,775
*Burt et al.*
Accent Lighting System for Decks, Patios and Indoor/Outdoor Spaces

| U.S. Patent No. 9,109,775 | Barrette/RDI LED Lighted Post Cap |
|---|---|
| | Base plate member, Peripheral side walls, Central opening, Rectangular peripheral opening, Floor, Peripheral side walls |

U.S. Patent No. 9,109,775
*Burt et al.*
Accent Lighting System for Decks, Patios and Indoor/Outdoor Spaces

| U.S. Patent No. 9,109,775 | Barrette/RDI LED Lighted Post Cap |
|---|---|
| a light refracting member installed with said rectangular opening; | *(image of post cap with labels: Peripheral side walls, Lighting source, Rectangular peripheral opening, Light refracting member)* |

U.S. Patent No. 9,109,775
*Burt et al.*
Accent Lighting System for Decks, Patios and Indoor/Outdoor Spaces

| U.S. Patent No. 9,109,775 | Barrette/RDI LED Lighted Post Cap |
|---|---|
| a lighting source configured to emit light towards the light refracting member;. | *Image of post cap with labels: Peripheral side walls, Lighting source, Rectangular peripheral opening, Light refracting member* |

U.S. Patent No. 9,109,775
*Burt et al.*
Accent Lighting System for Decks, Patios and Indoor/Outdoor Spaces

| U.S. Patent No. 9,109,775 | Barrette/RDI LED Lighted Post Cap |
|---|---|
| a cap member mounted to the base plate member. | Cap member |