U.S. Patent No. 10,197,249
*Burt et al.*
Post Cap Assembly

| U.S. Patent No. 10,197,249 | Barrette/RDI LED Lighted Post Cap |
|---|---|
| 9. A post cap assembly, comprising: | Barrette OUTDOOR LIVING® rdi® <br><br> 3-in-1 LED Lighted Post Cap |

U.S. Patent No. 10,197,249
*Burt et al.*
Post Cap Assembly

| U.S. Patent No. 10,197,249 | Barrette/RDI LED Lighted Post Cap |
|---|---|
| a base member having a generally square shape and comprising a floor and a plurality of perimeter side walls, the base member being configured to receive an upper end of a post; | *Photo with labels: Base plate member, Perimeter side wall, Floor, Perimeter side wall* |
| a glow ring formed of a transparent or translucent material and having a central portion and a perimeter portion, the central portion defining a recessed region including a recessed surface; | *Photo with labels: Glow ring, Perimeter portion, Recessed surface, Recessed region, Central portion* |

U.S. Patent No. 10,197,249
*Burt et al.*
Post Cap Assembly

| U.S. Patent No. 10,197,249 | Barrette/RDI LED Lighted Post Cap |
|---|---|
| a central light source coupled to the central portion of the glow ring and disposed within the recessed region to transmit light radially through the central portion to illuminate the perimeter portion; and | *Image: Post cap interior labeled with Glow ring, Central light source, Recessed region, Central portion, Cover, Illuminated perimeter portion* |
| a cover having perimeter side walls and a roof and being configured to be secured to the base member and sandwich the glow ring therebetween, the roof of the cover having a shape of a truncated pyramid. | *Image: Assembled post cap labeled with Perimeter side walls, Cover, Pyramid shaped roof, Glow ring, Base member* |